JUANITA CARBALLAL, an Infant, by JOSE CARBALLAL, Her Guardian ad Litem, et al., Respondents, v. PILGRIM LAUNDRY, INC., Appellant.

Argued October 20, 1938; decided November 22, 1938.

*Thomas A. Shaw* and *George E. Miner* for appellant. *Robert McGowan Smith, Fred L. Gross* and *Francis A. Madden* for respondents.

Judgment affirmed with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.